JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LINDSAY, an individual,<br><br>Plaintiff,<br>vs.<br>CITY OF PICO RIVERA, etc., et al.,<br>Defendants. | Case No. 2:14-CV-8190-R<br><br>**ORDER FOR DISMISSAL**<br><br>**Hon. Manuel L. Real** |

ORDER

The Court has reviewed the Stipulation set forth herein and the terms and conditions of the Settlement Agreement attached to this Order as Exhibit A and incorporated in this Order as if fully set forth herein.  Good cause appearing.

IT IS ORDERED that:

1. This matter is dismissed with prejudice;
2. The dismissal is expressly conditioned on the terms and conditions of the Settlement Agreement attached to and incorporated in this Order;

---
1
**[PROPOSED] ORDER TO DISMISS**

3. The Court retains jurisdiction of this matter for the purpose of taking any action required to enforce the terms of the attached Settlement Agreement, which is a part of this Order; and

4. Defendant City of Pico Rivera shall pay the sum of Six Thousand Dollars ($6,000) to the Family Safety Foundation.

Dated: November 6, 2015

_____
Honorable Manuel L. Real